CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Jeffrey V. Commisso (CA Bar #191267)
SCHIFF HARDIN LLP
One Market
Spear Street Tower, Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700  Facsimile: (415) 901-8701
Attorneys for Official Committee of Unsecured Creditors

Order Entered on
March 29, 2007
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West ''F'' Street, San Diego, California  92101-6991

In Re

MILSPERING, INC., a California corporation, dba American Medical Wholesale

Debtor-in-possession.

BANKRUPTCY NO. 07-00706 M11

Date of Hearing:
Time of Hearing:
Name of Judge:

## *PROPOSED* ORDER ON
## APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF SCHIFF HARDIN LLP AS COUNSEL, NUNC PRO TUNC TO MARCH 7, 2007

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through (3) with exhibits, if any, for a total of (3) pages, is granted.  Motion/Application Docket Entry No. _____

//
//
//
//

DATED:

March 28, 2007

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

_____
Judge, United States Bankruptcy Court

Submitted by:

SCHIFF HARDIN LLP_____
(Firm name)

By: /s/ Jeffrey V. Commisso_____
    Attorney for ☒ Movant  ☐ Respondent

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER ON   PROPOSED ORDER ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF SCHIFF HARDIN LLP AS COUNSEL, NUNC PRO TUNC TO MARCH 7, 2007
DEBTOR: MILSPERING, INC., a California corporation, dba American Medical Wholesale   CASE NO.: 07-00706 M11

---

Upon the Application, dated March 21, 2007 (the "Application"), of the Official Committee of Unsecured Creditors appointed in the above-captioned case (the "Committee") seeking the an order authorizing it, pursuant to sections 328 and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for Authority to Retain Schiff Hardin LLP ("Schiff Hardin") as Counsel to the Committee, the Declaration of Jonathan P. Friedland (the "Declaration") in support thereof, and due notice of the Application having been provided to the United States Trustee for the Southern District of San Diego and the parties listed on the certificate of service relating to the Application, and the Court finding, based on the representations made in the Application and the Declaration, that Schiff Hardin does not represent any interest adverse to the Committee and/or the Debtor's estate with respect to the matters upon which it is to be engaged, that it is a "disinterested person," as that terms is defined in section 101(14) of the Bankruptcy Code, that its employment is necessary, and in the best interests of the Committee and the Debtor's estate; and sufficient cause appearing therefor, it is:

ORDERED that the Application is granted in all respects, effective as of March 7, 2007; and it is further

ORDERED that the Committee is authorized to retain Schiff Hardin as counsel, pursuant to sections 328 and 1103 of chapter 11 of title 11 of the Bankruptcy Code, on the terms described in the Application and the Declaration, to perform necessary legal services for the Committee; and it is further

09999.00905
652282.1

*Signed by Judge James W. Meyers March 28, 2007*

CSD 1001A [11/15/04] (Page 3)
ORDER ON PROPOSED ORDER ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF SCHIFF HARDIN LLP AS COUNSEL, NUNC PRO TUNC TO MARCH 7, 2007
DEBTOR: MILSPERING, INC., a California corporation, dba American Medical Wholesale    CASE NO.: 07-00706 M11

---

ORDERED that payment of Schiff Hardin's fees and expenses shall be made, subject to Bankruptcy Court review and approval, pursuant to the terms described in the Application and the Declaration in accordance with the applicable provisions of the Bankruptcy Code (including §§ 328, 330 and 331), the Federal Rules of Bankruptcy Procedure, and the local rules and Orders of this Court; and it is further

ORDERED that to the extent any conflict arises between the terms the Application and this Order, the terms of this Order shall control; and it is further

ORDERED that the Committee shall serve a copy of this Order on the United States Trustee for the Southern District of San Diego and the Debtor by hand or overnight mail within five days from the date hereof.

* * *

CSD 1001A
CH2\ 1768378.1

09999.00905
652282.1

*Signed by Judge James W. Meyers March 28, 2007*