CSD 1001A [08/22/03]
Name, Address, Telephone No. & I.D. No.

Gerald N. Sims (Cal. Bar #99133)
PYLE SIMS DUNCAN & STEVENSON
401 B Street, Suite 1500
San Diego, CA 92101
Phone: (619) 687-5200   Facsimile: (619) 687-5210
Attorneys for Debtor and Debtor-in-Possession, MILSPERING, INC.,
a California corporation, dba American Medical Wholesale

Order Entered on
April 13, 2007
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re    **MILSPERING, INC., a California corporation,
dba American Medical Wholesale,**

Debtor and Debtor-in-Possession.

BANKRUPTCY NO.   **07-00706-JM11**
Date of Hearing:   **April 12, 2007**
Time of Hearing:   **11:00 a.m.**
Name of Judge:   **Hon. James W. Meyers**

## ORDER AFTER HEARING APPROVING DEBTOR-IN-POSSESSION'S
## MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF BIRNDORF LAW OFFICES
## AS SPECIAL COLLECTIONS COUNSEL

   IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  4   with exhibits, if any, for a total of  4   pages, is granted.  Motion/Application Docket Entry No.  76  .

//

//

//

//

//

//

DATED:   April 12, 2007

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

PYLE SIMS DUNCAN & STEVENSON,
A Professional Corporation

_____
Judge, United States Bankruptcy Court

By: /s/ Gerald N. Sims
   Gerald N. Sims, Attorneys for Debtor and Debtor-in-Possession

CSD 1001A

CSD 1001A [08/22/03] (Page 2)
ORDER AFTER HEARING APPROVING DEBTOR-IN-POSSESSION'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF BIRNDORF LAW OFFICES AS SPECIAL COLLECTIONS COUNSEL
In re MILSPERING, INC., a California corporation,
    dba American Medical Wholesale    Case No.: 07-00706-JM11

---

The hearing on Debtor-in-Possession's Motion for Order Authorizing Employment of Birndorf Law Offices as Special Collections Counsel [Docket No. 76] (the "Motion") came on regularly for hearing on April 12, 2007 at 11:00 a.m., the Honorable James W. Myers, Judge, presiding.  Debtor-in-Possession Milspering, Inc., dba American Medical Wholesale ("Debtor"), appeared by and through its attorneys, Pyle Sims Duncan & Stevenson, by Gerald N. Sims.  All other appearances are noted on the Court's Minute Order;

It appearing that proper notice was given, and the Court having considered the Motion and papers filed in support thereof and in opposition thereto, and the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED  that

1.    Debtor's Motion for an Order Authorizing Employment of Birndorf Law Offices as Special Collections Counsel is granted under the terms and conditions stated herein pursuant to 11 U.S.C. § 327(e).

2.    Debtor shall pay Birndorf Law Offices in the ordinary course and in accordance with its agreement with the Debtor and past practice as follows:

> Debtor is authorized to: (i) pay Birndorf Law Offices $500 to prepare and file each collection complaint (which includes preparation of a default judgment, as necessary); (ii) $500 to prepare and file a motion for assignment of benefits from Medi-Cal or Medicare directly to the Debtor; (iii) $15 to prepare and send out a collection letter; (iv) costs, including filing fees, which are not included in the flat fee rates above; and (v) pay Birndorf Law Offices based on hourly billing, in tenths of an hour, at the rate of $300 per hour, for matters outside of the above discrete tasks, including, but not limited to, Birndorf's time spent negotiating and documenting settlements, making and receiving telephone calls, and appearing in court.

3.    Any payments to Birndorf Law Offices pursuant to this Order are subject to the Debtor having available funds under the Third Cash Collateral Order entered by the Court on March 29, 2007 [Docket No. 110] (or any subsequent orders), and this Order does not modify the Third Cash Collateral Order or any provision thereof.

CSD 1001A

*Signed by Judge James W. Meyers April 12,2007*

ORDER AFTER HEARING APPROVING DEBTOR-IN-POSSESSION'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF BIRNDORF LAW OFFICES AS SPECIAL COLLECTIONS COUNSEL
In re MILSPERING, INC., a California corporation,
　　dba American Medical Wholesale　　　　　　　　　　　　　　　　　　　　　　　Case No.: 07-00706-JM11

4.　Birndorf Law Offices will not be retained or compensated to file and prosecute any lawsuit, other than the thirteen (13) matters described in the Motion, without prior written consent of GECC, Drive, and the Committee or further order of the Court.

5.　Birndorf Law Offices will not incur fees and expenses in excess of $5,000 in any one of the thirteen (13) matters described in the Motion without prior written consent of GECC, Drive, and the Committee or further order of the Court.

6.　None of the accounts which are the subject of the thirteen (13) matters described in the Motion will be settled by the Debtor for less than the face amount of such accounts without prior written consent of GECC, Drive, and the Committee and, if applicable, approval by the Court.

7.　The Debtor may retain Birndorf Law Offices to prepare and send collection letters for accounts in addition to the thirteen (13) matters described in the Motion subject to the following conditions:

　　(a)　Any such collection letters will be prepared and sent under the $15 flat fee for collection letters described in paragraph 2 of this Order, and a copy of any such collection letters shall be sent to GECC, Drive, and the Committee.

　　(b)　Birndorf Law Offices shall not incur fees and expenses in excess of $300 in regard to follow-up activities for any single collection letter that it may send, and Birndorf Law Offices shall not incur fees and expenses in excess of $5,000 in the aggregate in regard to preparation and follow-up activities regarding all collection letters, without prior written consent of GECC, Drive, and the Committee or further order of the Court.

　　(c)　The Debtor shall not enter into any payment agreement for payment of any account that does not provide for immediate payment in full of the entire face amount of the account without prior written consent of GECC, Drive, and the Committee or further order of the Court.

CSD 1001A [08/22/03] (Page 4)
ORDER AFTER HEARING APPROVING DEBTOR-IN-POSSESSION'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF BIRNDORF LAW OFFICES AS SPECIAL COLLECTIONS COUNSEL
In re MILSPERING, INC., a California corporation,
    dba American Medical Wholesale     Case No.: 07-00706-JM11

---

    8.    Birndorf Law Offices shall not have a lien on recoveries that may be obtained for the Debtor in any matter in which it is retained (including in the thirteen (13) matters described in the Motion); however, Birndorf Law Offices will be entitled, on a per matter basis, to deduct from any final recovery in a matter the amount of any unpaid fees or expenses incurred by the Birndorf Law Offices with respect to that matter.

    9.    Birndorf Law Offices shall provide copies of its invoices to the Debtor, the Committee, GECC, Drive, and the United States Trustee.

    10.    Entry of this order approving retention and compensation of Birndorf Law Offices is without prejudice to the right of Debtor, Birndorf Law Offices, GECC, Drive, the Committee, or the United States Trustee to seek other or further relief regarding the Debtor's retention and compensation of Birndorf Law Offices as circumstances develop in the case.

    11.    Subject to the limitations set forth above, Debtor is authorized to pay Birndorf Law Offices in the ordinary course of business and Birndorf Law Offices shall not be required to file applications for approval of its fees in this case.

    IT IS SO ORDERED.

CSD 1001A

*Signed by Judge James W. Meyers April 12, 2007*