CSD 2045 [04/28/96]
Name, Address, Telephone No. & I.D. No.

GERALD N. SIMS (SBN 99133)
MICHAEL Y. MacKINNON (SBN #80353)
PYLE SIMS DUNCAN & STEVENSON
401 "B" Street, Suite 1500
San Diego CA 92101
Telephone: (619) 687-5200  Facsimile: (619) 687-5210
Attorneys for Debtor-in-Possession, Milspering, Inc.

Order Entered on
August 14, 2007
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re  **MILSPERING, INC., a California corporation, dba AMERICAN MEDICAL WHOLESALE,**

Debtors and Debtor-in-Possession.

Bankruptcy No. 07-00706-JM11

### ORDER APPOINTING AUCTIONEER

Upon the annexed application of Milspering, Inc., a California corporation, dba American Medical Wholesale, the Chapter 11 Debtor-in-Possession herein (the "Debtor"), praying for authority to employ an Auctioneer, and to fix the compensation and expenses of the Auctioneer, and it appearing that no notice of a hearing on the application should be given, and no adverse interest having been represented, and sufficient reason appearing therefor,

**IT IS ORDERED** that:

1. The Debtor is authorized to employ Jeff Bloom, Fischer Auction, Inc. 1426 N. Magnolia, El Cajon, California, as Auctioneer for the Trustee.

2. The compensation of said Auctioneer is fixed at __15% of gross sales__, and that expenses are authorized in an amount not to exceed $ 1,400 .

3. Payment to the Auctioneer of the compensation and reimbursement of the expenses herein authorized may be paid at the time of the sale and the Auctioneer shall deliver his report of sale and net proceeds to the Debtor within 30 days of the sale.

4. The Debtor shall serve a copy of the within order on the Auctioneer.

DATED:

August 14, 2007

Judge,

Judge, United States Bankruptcy Court

CSD 2045