CSD 1001A [08/22/03]
Name, Address, Telephone No. & I.D. No.

Gerald N. Sims (Cal. Bar #99133)
PYLE SIMS DUNCAN & STEVENSON
401 B Street, Suite 1500
San Diego, CA 92101
Phone: (619) 687-5200   Facsimile: (619) 687-5210
Attorneys for Debtor and Debtor-in-Possession, MILSPERING, INC.,
a California corporation, dba American Medical Wholesale

**Order Entered on**
**August 17, 2007**
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re   **MILSPERING, INC., a California corporation,**
**dba American Medical Wholesale,**

Debtor and Debtor-in-Possession.

BANKRUPTCY NO. **07-00706-JM11**
Date of Hearing:   **August 16, 2007**
Time of Hearing:   **10:00 a.m.**
Name of Judge:     **Hon. James W. Meyers**

### ORDER AFTER HEARING APPROVING DEBTOR-IN-POSSESSION'S MOTION TO EMPLOY AND COMPENSATE CAREY & RAICEVIC, CPAs, INC., AS TAX ACCOUNTANT AND APPROVING THE EMPLOYMENT RETROACTIVE TO MAY 11, 2007 AND APPROVING PAYMENT OF $1,100

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through  2     with exhibits, if any, for a total of  2    pages, is granted.  Motion/Application Docket Entry No.   216   .

//

//

//

//

//

//

DATED:  August 17, 2007

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

PYLE SIMS DUNCAN & STEVENSON,
A Professional Corporation

By:  /s/  Gerald N. Sims
     Gerald N. Sims, Attorneys for Debtor and Debtor-in-Possession

CSD 1001A

CSD 1001A [08/22/03] (Page 2)
ORDER AFTER HEARING APPROVING DEBTOR-IN-POSSESSION'S MOTION TO EMPLOY AND COMPENSATE CAREY & RAICEVIC, CPAs, INC., AS TAX ACCOUNTANT AND APPROVING THE EMPLOYMENT RETROACTIVE TO MAY 11, 2007 AND APPROVING PAYMENT OF $1,100
In re MILSPERING, INC., a California corporation,
    dba American Medical Wholesale                                                    Case No.: 07-00706-JM11

---

The hearing on Debtor-in-Possession's Motion to Employ and Compensate Carey & Raicevic, CPAs, Inc., as Tax Accountant and Approving the Employment Retroactive to May 11, 2007 and Approving Payment of $1,100 [Docket No. 216] (the "Motion") came on regularly for hearing on August 16, 2007 at 10:00 a.m., the Honorable James W. Meyers, Judge, presiding.  Debtor-in-Possession Milspering, Inc., dba American Medical Wholesale ("Debtor"), appeared by and through its attorneys, Pyle Sims Duncan & Stevenson, by Gerald N. Sims.  All other appearances are noted on the Court's Minute Order;

It appearing that proper notice was given, and the Court having considered the Motion and papers filed in support thereof and in opposition thereto, and the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED  that

1.      Debtor's Motion to Employ and Compensate Carey & Raicevic, CPAs, Inc., as Tax Accountant and Approving the Employment Retroactive to May 11, 2007 and Approving Payment of $1,100 is granted;

2.      Debtor is authorized to employ Carey & Raicevic to prepare its tax returns for FYE 2006 for a flat fee of $1,100 and its tax returns for FYE 2007 for a flat fee of $1,100 and to pay such amounts to Carey & Raicevic.

3.      The prior payment by the Debtor to Carey & Raicevic in the amount of $1,100 is hereby approved as a reasonable fee for preparation of the FYE 2006 tax returns.

4.      Any additional fees paid to Carey & Raicevic herein shall be subject to the payment procedures for professionals previously approved in this case.

IT IS SO ORDERED.

*Signed by Judge James W. Meyers August 17,2007*